# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEREMIAH REDSTONE, M.D., as an authorized representative and attorney-in-fact of his patient D.R., and WAYNE LEE, M.D., as an authorized representative and attorney-in-fact of his patient C.F., on behalf of themselves and on behalf of all others similarly situated, <br><br>     *Plaintiffs,* <br><br> v. <br><br> AETNA, INC. and AETNA LIFE INSURANCE COMPANY, <br><br>     *Defendants.* | No.: 2:21-cv-19434-JXN-JBC <br><br> **NOTICE OF MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY** |

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, Defendants shall apply to the United States District Court for the District of New Jersey, for an Order granting leave to file the attached Notice of Supplemental Authority in further support of Defendants' Motion to Dismiss (DE 17) filed on January 17, 2022; and

**PLEASE TAKE FURTHER NOTICE** that a copy of the proposed filing accompanies this motion.

Dated: June 4, 2024.

*/s/ Mariellen Dugan*
Mariellen Dugan
**CALCAGNI & KANEFSKY, LLP**
1085 Raymond Boulevard, Floor 14
Newark, NJ 07102
MDugan@ck-litigation.com

Brian H. Benjet *(admitted pro hac vice)*    Ardith Bronson (*admitted pro hac vice*)
**DLA PIPER LLP (US)**                        **DLA PIPER LLP (US)**
One Liberty Place                             200 South Biscayne Blvd.
1650 Market Street, Suite 5000                Suite 2500
Philadelphia, PA 19103                        Miami, Florida 33131
T: (215) 656-3311                             T: (305) 423-8562
F: (215) 606-2044                             F: (305) 503-9583
brian.benjet@dlapiper.com                     ardith.bronson@dlapiper.com

*Attorneys for Defendants Aetna Inc. and Aetna Life Insurance Company*

2